[Civ. No. 5692. First Appellate District, Division Two.—August 16, 1928.]

WILLIAM J. FITZHUGH, etc., Respondent, v. ORVILL V. FREEMAN et al., Appellants.

Knight, Boland & Christin for Appellants.

Wyckoff & Gardner for Respondent.

STURTEVANT, J.—■ Except as to the amounts the facts are parallel with the facts in the case of *Granite Rock Co.* v. *Freeman et al., ante,* p. 507 [269 Pac. 668. For the reasons there stated the judgment is affirmed.

Nourse, J., and Buck, P. J., *pro tem.,* concurred.